PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. Robert CAPUTO                                  Docket No. 2:17-CR00078

### Petition for Action on Conditions of Pretrial Release

COMES NOW MISTY SANCHEZ, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Robert Caputo. The defendant initially appeared on May 31, 2017 before Your Honey, he was released on a personal recognizance bond with the following conditions of release:

1. Pretrial Services supervision;
2. Travel restricted to the continental United States;
3. Shall not secure employment in telemarketing;
4. Shall avoid all contact with victim/witnesses;
5. Shall avoid all contact with co-defendants, unless in the presence of legal counsel;
6. Submit to substance abuse testing and pay costs associated based on ability to pay;
7. Do not use any controlled substance, unless prescribed by licensed medical practitioner;
8. Do not be in the presence of anyone using or possessing controlled substances;
9. Shall undergo a substance abuse evaluation and participate in inpatient/outpatient treatment and pay costs associated based on ability to pay;
10. Shall undergo a mental health evaluation and participate in mental health treatment and pay costs associated based on ability to pay;
11. Shall not solicit monies from investors or customers telephonically.

Respectfully presenting petition for action of Court and for cause as follows:

In order to adequately mitigate the defendant's risk of danger to the community, Pretrial Services is requesting the following condition be modified:

1. The defendant shall not possess a firearm, destructive device, or dangerous weapon.

PRAYING THAT THE COURT WILL ORDER: The defendant's conditions of release be modified: The defendant shall not possess a firearm, destructive device, or dangerous weapon.

ORDER OF COURT

Considered and ordered this ____ day of June, 2017 and ordered filed and made a part of the records in the above case.

_____
Honorable Kent J. Dawson
U.S. District Judge

I declare under penalty of perjury that the information herein is true and correct. Executed on this 27th day of June, 2017.

Respectfully Submitted,

_____
Misty H. Sanchez
United States Pretrial Services Officer
Place: Reno, Nevada