

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-CR-78-KJD-PAL |
| Plaintiff, | ) | |
| v. | ) | Preliminary Order of Forfeiture |
| ROBERT CAPUTO, | ) | |
| Defendant. | ) | |

This Court finds that defendant Robert Caputo pled guilty to Count One of a One-Count Criminal Information charging him with Conspiracy to Commit Mail Fraud and Wire Fraud in violation of Title 18, United States Code, Sections 1341, 1343, and 1349. Criminal Information, ECF No. 4; Change of Plea, ECF No. 9; Plea Agreement, ECF No. 7.

This Court finds defendant Robert Caputo agreed to the imposition of the in personam criminal forfeiture money judgment of $271,282 set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Information, not to be held jointly and severally liable with any codefendants and the collected money judgment amount between all codefendants is not to exceed $3,300,000. Information, ECF No. 4; Change of Plea, ECF No. 9; Plea Agreement, ECF No. 7.

The in personam criminal forfeiture money judgment is (1) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Sections 1341 and 1343, specified unlawful activities as defined in Title 18, United States Code, Section 1956(c)(7)(A) and 1961(1)(B), or Title 18, United States Code, Section 1349,

conspiracy to commit such offenses and (2) any real or personal property constituting, derived from, or traceable to the gross proceeds obtained directly or indirectly as a result of violations of Title 18, United States Code, Sections 1341 and 1343, or of Title 18, United States Code, Section 1349, conspiracy to commit such offenses, and is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p).

This Court finds that Robert Caputo shall pay an in personam criminal forfeiture money judgment of $271,282 to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Robert Caputo an in personam criminal forfeiture money judgment of $271,282.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 31st day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE