|   |   |   |
|---|---|---|
| 1 | | **UNITED STATES DISTRICT COURT** |
| 2 | | FOR THE DISTRICT OF NEVADA |
| 3 | THE UNITED STATES OF AMERICA, | |
| 4 | *Plaintiff,* | Case no. 2:17-cr-00078-KJD-PAL |
| 5 | *vs.* | |
| 6 | ROBERT CAPUTO, | **ORDER** |
| 7 | *Defendant.* | |

THIS MATTER having come before the Court via the parties' STIPULATION TO CONTINUE SENTENCING DATE (SECOND REQUEST) AND [PROPOSED] ORDER that is filed herein, and good cause appearing therefor,

IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for November 6, 2018 be vacated and continued to Tuesday, January 29, 2019 at the hour of 9:00 a.m.

DATED AND DONE this 25th day of October, 2018.

By: _____
UNITED STATES DISTRICT JUDGE

1

## CERTIFICATE OF ELECTRONIC SERVICE

I HEREBY CERTIFY that all parties to this action are registered members of the court's electronic filing system, and that on October 24, 2018, a true and correct copy of the foregoing document:

STIPULATION TO CONTINUE SENTENCING DATE (SECOND REQUEST) AND [PROPOSED] ORDER

was filed with the court's electronic filing system and that service was accomplished automatically.

By:       */s/ April Burt*
      APRIL B. BURT
      An employee of COFER & GELLER, LLC