# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ROBERT CAPUTO, <br> Defendant. | 2:17-CR-078-KJD-PAL <br><br> **Final Order of Forfeiture** |

This Court found that Robert Caputo shall pay the in personam criminal forfeiture money judgment of $271,282 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(8)(B); and 21 U.S.C. § 853(p). Information, ECF No. 4; Plea Agreement, ECF No. 7; Arraignment and Plea, ECF No. 9; Preliminary Order of Forfeiture, ECF No. 11.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

To comply with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017), the government reduced the in personam criminal forfeiture money judgment amount to $27,128.20.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Robert Caputo the in personam criminal forfeiture money judgment of $27,128.20 not to be held jointly and severally liable with any codefendants and the collected money judgment amount between all codefendants is not to exceed

$3,300,000, pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(8)(B); and 21 U.S.C. § 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED  February 15 , 2019.

HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE